IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARTHA WILLETTA SOLOMON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-3507-E-BN |
| | § | |
| RASHAWD SOLOMON, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. This case is therefore **IMMEDIATELY REMANDED** to the state court from which it was removed—162nd Judicial District Court for Dallas County TX, Cause Number DC-25-21647—because there was not federal subject-matter jurisdiction at the time of removal.

SO ORDERED this 11th day of February, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE